AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

AUG 3 1 2016

**SOUTHERN** **DISTRICT OF** **TEXAS**

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Alejandro Cortes-Guzman**

## CRIMINAL COMPLAINT

Case Number: M-16-1608-M

IAE    YOB:    1981
**the United Mexican States**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 30, 2016** in **Starr** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alejandro Cortes-Guzman was encountered by Border Patrol Agents near Roma, Texas on August 30, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 30, 2016, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 04, 2015, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 03, 2014, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to twenty-seven (27) months confinement and thirty-six (36) months supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

approved by
/s/

Sworn to before me and subscribed in my presence,

**August 31, 2016**    3:40 pm    I. Perez    **Senior Patrol Agent**
Signature of Complainant

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer